**IN THE UNITIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALISA HEAD, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| AMERICAN HONDA MOTOR CO., INC., | * | |
| Defendant. | * | Case No.: _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, American Honda Motor Co., Inc. ("AHM" or "Defendant"), by its attorney, Anthony M. Conti, and the law firm Conti Fenn LLC, hereby remove to this Court, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446 and 15 U.S.C. § 2301 *et seq.*, as well as Federal Rule of Civil Procedure 81, an action pending in the Superior Court of the District of Columbia Civil Division, captioned *Alisa Head and Corine Peoples Gore v. American Honda Motor Co., Inc.*; Case No. 2021 CA 001587 B (the "State Action"), and in support thereof sets forth the following short and plain statement of the grounds for removal:

1.  Plaintiffs Alisa Head and Corine Peoples Gore (the "Plaintiffs") filed a Complaint on May 13, 2021 in the Superior Court of the District of Columbia Civil Division. See Summons & Compl, attached as **Exhibit 1**. No defendant other than AHM is named in the Complaint. See id. Plaintiff served Defendant with the Complaint on June 1, 2021. See id.; see also, USPS Tracking, attached as **Exhibit 2**.

2.  The Complaint seeks damages in the amount of at least $54,238.80 arising from the sale and use of a motor vehicle distributed by Defendant. See id. at Compl., ¶ 4.

3. Count II of the Complaint arises under the Magnuson-Moss Warranty-Federal Trade Commission Act of 1975 (the "Magnuson-Moss Warranty Act"), 15 U.S.C. § 2301 *et seq.* See id., at Compl. ¶¶ 31-48. The Magnuson-Moss Warranty Act confers original jurisdiction to the district courts where the amount in controversy meets or exceeds $50,000.00. See 15 U.S.C. § 2310(d)(3)(B).

4. The Complaint states an amount in controversy of $54,238.80, which exceeds the $50,000.00 threshold for this Court to exercise federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a) and 15 U.S.C. § 2310(d)(3)(B).

5. **Exhibit 1** attached hereto contain all process, pleadings, and orders served upon Defendant in the State Action (i.e., the Summons, Complaint, Initial Order and Addendum). The Certificate of Service affixed hereto reflects service of this Notice of Removal on Plaintiffs, and the filing of this Notice of Removal in the Superior Court of the District of Columbia Civil Division.

6. With the requirements of Sections 1331, 1441(a), and 1446 met, Defendant respectfully requests that the State Action be removed to this Court.

WHEREFORE, Defendant respectfully requests that the State Action be removed to this Court.

                                                                        /s/ Anthony M. Conti
                                                                        Anthony M. Conti (DC Bar No. 479152)
                                                                        CONTI FENN LLC
                                                                        36 South Charles Street, Suite 2501
                                                                        Baltimore, Maryland 21201
                                                                        Phone (410) 837-6999
                                                                        Facsimile (410) 510-1647
                                                                        tony@contifenn.com
                                                                        *Attorney for Defendant American Honda Motor Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June 2021, a copy of the Defendant American Honda Motor Co., Inc.'s Notice of Removal was sent via first-class mail, postage prepaid to:

Jacqueline C. Herritt, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002

*Attorney for the Plaintiffs*

Clerk of the Court
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington, D.C. 20001

_____
Anthony M. Conti (DC Bar No. 479152)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Phone (410) 837-6999
Facsimile (410) 510-1647
tony@contifenn.com

*Attorney for Defendant American Honda Motor Co., Inc.*