# Exhibit

# # 1

American Honda Motor Co., Inc.
1919 Torrance Blvd.
Torrance, CA 90501





CERTIFIED MAIL

7020 2450 0000 9589 4216

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 19002 $ 008.45°
02 4W
0000351300 MAY 26 2021

ROBERT M. SILVERMAN *°
CRAIG THOR KIMMEL *°

° Member, PA Bar
° Member, NJ Bar
* Member, DE Bar
* Member, NY Bar
* Member, MA Bar
* Member, MD Bar
* Member, OH Bar
* Member, NH Bar
* Member, CT Bar
* Member, TN Bar
* Member, WV Bar
* Member, DC Bar
* Member, CA Bar
* Member, WI Bar
* Member, FL Bar
* Member, AZ Bar
* Member, MI Bar
* Member, WI Bar

JACQUELINE C. HERRITT *°* °
ROBERT A. RAPKIN
ANGELA K. TROCCOLI
AMY L. BENNECOFF GINSBURG *°* °
W. CHRISTOPHER COMPONOVO *°* °
JASON L. GRESHES *°
CHAD P. DOMAN *°
JACOB U. GINSBURG *°
SHAWN BACHMAN

# KIMMEL & SILVERMAN
### P.C.

1-800-LEMON LAW
www.lemonlaw.com

CORPORATE HEADQUARTERS
30 E. Butler Pike
Ambler, PA 19002
P. (215) 540-8888
F. (215) 540-8817

WESTERN PA OFFICE, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, P. (412) 566-1001, F. (412) 566-1005
NEW JERSEY OFFICE, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, P. (856) 751-4152, F. (856) 216-7344
DELAWARE OFFICE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, P. (302) 791-9373, F. (302) 791-9476
NEW YORK OFFICE, 1001 Avenue of the Americas, 11th Floor, New York, NY 10018, P. (212) 719-7543, F. (877) 617-2515
BUFFALO, NY OFFICE, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, P. (716) 332-6112, F. (800) 863-1689
CALIFORNIA OFFICE, 388 Market Street, Suite 1300, San Francisco, CA 94111, P. (415) 947-7827, F. (215) 540-8817
OHIO OFFICE, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431, P. (937) 306-7220, F. (215) 540-8817
BUCKS COUNTY OFFICE, Box 400, 400 South Main Street, 1st Floor, New Hope, PA 18938, P. (267) 468-7669  F. (215) 540-8817

PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE

May 21, 2021

American Honda Motor Co., Inc.
1919 Torrance Boulevard
Torrance, California 09051

RECEIVED
JUN - 2 2021
AMERICAN HONDA MOTOR CO., INC.
LAW DIVISION

RE:   **Alisa Head V. American Honda Motor Co., Inc.**
      **Docket No. 2021 CA  001587 B**

Dear Sir/Madam:

Enclosed please find a copy of the Summons and Complaint which has been filed in the Superior Court of the District of Columbia. Please refer the attached to the legal department.

Very truly yours,

Jacqueline C. Herritt

JCH\pb
Enclosure

**Filed**
**D.C. Superior Court**
**05/13/2021 10:03AM**
**Clerk of the Court**

CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ALISA HEAD and CORINE PEOPLES GORE | AMERICAN HONDA MOTOR CO., 1919 TORRANCE BOULEVARD TORRANCE, CA 90501 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
KIMMEL & SILVERMAN
30 EAST BUTLER PIKE
AMBLER PA 19002

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (⦿) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( ) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**A. Antitrust**
- [ ] 410 Antitrust

**B. Personal Injury/ Malpractice**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

**C. Administrative Agency Review**
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**E. General Civil (Other)** OR **F. Pro Se General Civil**

Real Property
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

Personal Property
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

Bankruptcy
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

Prisoner Petitions
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

Property Rights
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent – Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

Other Statutes
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc
- [ ] 460 Deportation
- [ ] 462 Naturalization Application

- [ ] 465 Other Immigration Actions
- [ ] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 485 Telephone Consumer Protection Act (TCPA)
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (If not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
VIOLATION OF §50-501(2), DC Lemon Law, Magnuson Moss 15 U.S.C.  §2301(3)

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 54,238.80<br>**JURY DEMAND:** | Check **YES** only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
|---|---|---|---|

| DATE: _____05/12/21_____ | SIGNATURE OF ATTORNEY OF RECORD *Joymel C. Dot* |
|---|---|

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

   I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

   III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of the case.

   VI.    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII.   RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Alisa Head and Corine Peoples Gore
_____
                                    Plaintiff

                    vs.
                                                        Case Number _____

American Honda Motor Co.
_____
                                    Defendant

**SUMMONS**

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jacqueline C. Herritt
_____
Name of Plaintiff's Attorney                              _Clerk of the Court_

30 East Butler Pike
_____          By _____
Address
Ambler, PA 19002                                                              Deputy Clerk

215-540-8888
_____          Date _____
Telephone
如需翻譯,請打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

                                        Demandante

            contra

_____
                                                              Número de Caso: _____

_____

                                        Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                        Por: _____
_____
Dirección                                                   Subsecretario

_____

                                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
만일번역을원하시면(202)879-4828로전화주십시오                          የአማርኛ  ትርጉም  ከፈለጉ  (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                             Super. Ct. Civ. R. 4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

ALISA HEAD and
CORINE PEOPLES GORE
4660 Martin Luther King Jr.
Washigton, DC 20032

      Plaintiffs

      v.

AMERICAN HONDA MOTOR CO., INC.
1919 Torrance Boulevard
Torrance, CA  90501-2746

      Defendant

CASE NO:  2021 CA 001587 B

### COMPLAINT

1. Plaintiffs, Corine Gore and Alisa Head, are a adult individual citizens and legal residents of the District of Columbia, residing at 4660 Martin Luther King Jr, Washington DC 20032.

2. Defendant, American Honda Motor Co., Inc., is a business corporation qualified to do and regularly conduct business in the District of Columbia, with its address and principal place of business located at 1919 Torrance Boulevard, Torrance, CA  90501-2746, and can be served same.

3. On or about August 28, 2020, Plaintiffs purchased a new 2020 Honda CRV, manufactured and warranted by Defendant, bearing the Vehicle Identification Number 5J6RW2H57LL029154.

4. The vehicle was purchased in the State of Maryland and is registered in the District of Columbia.

   The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet

defined by the Lemon Law, totaled more than $54,238.80.  A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A".

5. In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

6. The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

7. The parties' bargain includes an express 3-year / 36,000 mile warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

8. However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is substantially diminished in value to Plaintiff.

9. During the first eighteen (18) months following the date of original delivery on the motor vehicle to the consumer and/or the period of the vehicle's first 24,000 miles of operation, Plaintiff complained on at least four (4) occasions about defects and or non-conformities to the following vehicle components:  engine, no start condition, clicking noise, hesitation condition, auto stop/start system, sputter and stalling condition, radio and infotainment system, and rattle noise.  True and correct copies of all invoices in Plaintiff's possession are attached hereto, made a part hereof, and marked Exhibit "B".

10. The vehicle continues to exhibit defects and nonconformities which substantially impair its use, value and/or safety.

## COUNT I
### DISTRICT OF COLUMBIA LEMON LAW

11. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

12. Plaintiffs are a "Consumer" as defined by §50-501(2) of the District of Columbia Lemon Law (hereinafter the "Lemon Law").

13. On or about August 28, 2020, Plaintiffs took possession of the above mentioned vehicle and experienced nonconformities as defined by §50-501 (7), which substantially impair the use and/or market value of the vehicle.

14. The nonconformities described violate the express written warranties issued to Plaintiffs by Defendant.

15. Section §50-502(a) of the Lemon Law provides:

If a new motor vehicle does not conform to all warranties during the first 18,000 (eighteen thousand) miles of operation or during the period of 2(two) years following the date of delivery of the motor vehicle to the original purchaser, whichever is the earlier date, the consumer shall during that period report the nonconformity, defect, or condition to the manufacturer, its agent, or its authorized dealer. If the notification is received by the manufacturer's agent or authorized dealer, the agent or dealer shall within 7(seven) days forward written notice thereof to the manufacturer by certified mail, return receipt requested. The manufacturer, its agent, or its authorized dealer shall correct the nonconformity, defect, or condition at no charge to the consumer, notwithstanding the fact that the repairs may be made after the expiration of the first 18,000(eighteen thousand)- mile period of operation or the 2-year period.

16. Section §50-502(d) of the Lemon Law provides a presumption of a reasonable number of repair attempts if:

1. The same nonconformity, defect, or condition, if it is not safety- related, has been subject to repair 4(four) or more times by the manufacturer, its agent, or authorized dealer after notification by the consumer within the first 18,000 miles of operation or during the period of 2(two) years following the date of original delivery of the motor vehicle to a consumer, whichever is the earlier date, but the nonconformity, defect, or condition continues to exist;

2. The same nonconformity, defect, or condition, if it is safety-related, has been subject to repair 1 or more times by the manufacturer, its agents, or authorized dealers after notification by the consumer within the first 18,000(eighteen thousand) miles of operation or during the period of 2(two) years following the date of original delivery of the motor vehicle to a consumer, whichever is the earlier date, but the nonconformity, defect, or condition continues to exist; or

3. The motor vehicle is out of service by reason of repair of any nonconformities, defects, or conditions which significantly impair the vehicle, on a cumulative total of 30 days or more during either period, whichever is the earlier date.

17. Plaintiffs have satisfied the above definition as the vehicle has been subject to repair more than four (4) times for the same nonconformity, and the nonconformity remained uncorrected.

18. In addition, the above vehicle has or will be out-of-service by reason of the nonconformities complained of for a cumulative total of thirty (30) or more calendar days.

19. Plaintiffs have delivered the nonconforming vehicle to an authorized service and repair facility of the Defendant on numerous occasions as outlined below.

20. Plaintiffs aver that the Lemon Law statute contains no prohibition on claims for vehicles having less than four (4) repair attempts by the manufacturer or factory branch, or its agents or authorized dealers.

21. Plaintiffs aver that the Lemon Law statute contains no prohibition on claims for vehicles out of service by reason of repairs for a cumulative total of less than thirty (30) days during the warranty period.

22. Plaintiffs aver that the Lemon Law statute does contain a provision that a rebuttable presumption exists when there have been either four (4) repair attempts for the condition or thirty (30) days out of service during the warranty period, but such section §50-502(d) is not a pre-requisite to a claim under the statute.

23. Plaintiffs aver that what constitutes a "reasonable number of repair attempts" is an issue that is properly determined only by the trier of fact.

24. Plaintiffs aver that upon presenting the case to the trier of fact, the facts and circumstances of this case will demonstrate a reasonable opportunity to repair and/or reasonable number of repair attempts to prove their claim under the statute.

25. After a reasonable number of attempts, Defendant was unable to repair the nonconformities.

26. Plaintiffs aver the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant's warranty dealer did not provide or maintain itemized statements.

27. Plaintiffs aver that such itemized statements, which were not provided also include technicians' notes of diagnostic procedures and repairs, and Defendant's Technical Service Bulletins relating to this vehicle.

28. Plaintiffs aver the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant's warranty dealer did not provide notification.

29. Plaintiffs have and will continue to suffer damages due to Defendant's failure to comply with the provisions of §50-502 of the Code.

30. Pursuant to §50-503(q)(2), Plaintiffs seek relief for losses due to the vehicle's nonconformities, including the award of reasonable attorneys' fees and all court costs.

WHEREFORE, Plaintiffs respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, attorneys' fees, and court costs, or in the alternative repurchase or replacement of the subject vehicle plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees.

### COUNT II
### MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

31. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

32. Plaintiffs are a "Consumer" as defined by 15 U.S.C. §2301(3).

33. Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

34. The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

35. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

36. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

37. Defendant has made attempts on several occasions to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

38. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

39. Plaintiffs have afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

40. As a direct and proximate result of Defendant's failure to comply with the express written warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

41. Defendant's failure is a breach of Defendant's contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties and breach of implied warranty of merchantability.

42. Plaintiffs aver that Defendant's warranty was not provided to Plaintiffs until after the vehicle was delivered, making any and all limitations, disclaimers and/or alternative dispute provisions ineffective for a failure of consideration.

43. Plaintiffs aver Defendant's Dispute Resolution Program was not in compliance with 16 CFR 703 for the model year of the subject vehicle.

44. Plaintiffs aver that Defendant's warranty did not require Plaintiffs to first resort to a Dispute Resolution Program before filing suit.

45. Plaintiffs aver that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

46. Section 2-714(2) of the Commercial Law, Annotated Code of Maryland (hereinafter the "Code") defines the measure of damages for breach of warranty as "the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted, unless special circumstances show proximate damages of a different amount."

47. Section 2-715(1) of the Code authorizes the Court to award the Consumer incidental damages, including expenses reasonably incurred in the inspection, receipt, transportation and care and custody of goods rightfully rejected, as well as any commercially reasonable charges, expenses or commissions in connection with effecting cover and any other reasonable expense incident to the delay or other breach.

48. Section 2-715(2) of the Code also authorizes the Court to award the Consumer consequential damages, which may include any loss resulting from general or particular requirements and needs of which the seller at the time of contracting had reason to know and which could not reasonably be prevented by cover or otherwise and any injury to the person or property proximately resulting from any breach of warranty.

WHEREFORE, Plaintiffs respectfully demand judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs, or in the alternative repurchase or replacement of the subject vehicle plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees.

KIMMEL & SILVERMAN, P.C.

By: _____
JACQUELINE C. HERRITT, ESQUIRE
Identification No. 995997
Attorney for Plaintiff
30 East Butler Pike
Ambler, Pennsylvania 19002
(215) 540-8888

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

ALISA HEAD and
CORINE PEOPLES GORE
4660 Martin Luther King Jr.
Washigton, DC 20032

CASE NO: <u>2021 CA 001587 B</u>

    Plaintiffs

    v.

AMERICAN HONDA MOTOR CO., INC.
1919 Torrance Boulevard
Torrance, CA  90501-2746

    Defendant

## <u>DEMAND FOR JURY TRIAL</u>

    Plaintiffs demand to have this case tried by a jury as to all counts.

Dated:

KIMMEL & SILVERMAN, P.C.

By:

JACQUELINE C. HERRITT, ESQUIRE
Identification No. 995997
Attorney for Plaintiff
30 East Butler Pike
Ambler, Pennsylvania 19002
(215) 540-8888

ARBITRATION PROVISION

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CORINE PEOPLES GORE<br>4660 MARTIN LUTHER KING JR<br>WASHINGTON DC 20032 | VALISA ANN HEAD<br>4660 MARTIN LUTHER KING JR<br>WASHINGTON DC 20032 | OURISMAN HONDA OF LAUREL<br>3371 FT. MEADE ROAD<br>LAUREL MD 20724 |

You, the Buyer (and Co-Buyer, if any) may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) or, Upon assignment, the assignee of this contract, the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2020 | HONDA CR-V | 5J6RW2H57LL089174 | ☐ Personal, family or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1035.00 |
|---|---|---|---|---|
| 6.41 % | $ 11931.96 | $ 36489.43 | $ 47431.49 | $ N/A |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 564.66 | Monthly beginning 10/12/2020 |
| N/A | N/A | N/A |

Or As Follows: N/A

Late Charge. If payment is not received in full within 15 days after it is due, you will pay a late charge of 10 % of the part of the payment that is late, with a minimum charge of $ 5

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| 1 | Cash Price | | |
|---|---|---|---|
| A | Cash Price of Motor Vehicle (including accessories, services, and taxes) | $ 29458.00 | (A) |
| B | Dealer Processing Charge (not required by law) | $ 500.00 | (B) |
| C | Freight Charge | $ N/A | (C) |
| D | Other _____ To Whom Paid N/A | $ N/A | (D) |
| E | Other _____ To Whom Paid N/A | | |
| | Total Cash Price | $ 29958.00 | (1) |
| 2 | Total Downpayment = | | |
| | Trade-In 2017 TOYOTA CAMRY | | |
| | (Year)    (Make)    (Model) | | |
| | Gross Trade-In Allowance | $ 18500.00 | |
| | Less Pay Off Made By Seller FLAGSHIP CREDIT ACCEPTANC | $ 18500.00 | |
| | Equals Net Trade In | $ 10000.00 | |
| | Cash | $ 10000.00 | |
| | Other N/A | $ N/A | |
| | (Total downpayment is negative, enter "0" and see 4I below) | $ 1089.00 | (2) |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $ 42069.00 | (3) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf |  |  |
| | (Seller may keep part of these amounts) | | |
| | A Cost of Optional Credit Insurance Paid to Insurance | | |

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked below. If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

☐ Credit Disability ☐ (Upon One Buyer)

Premium: _____

Credit Life $ _____ N/A

Credit Disability $ _____ N/A

Insurance Company Name N/A

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A

Type of Insurance _____

Premium $ _____

Insurance Company Name N/A

Home Office Address N/A

☐ N/A _____

Type of Insurance _____   Term

Premium $ _____ N/A

Insurance Company Name N/A

Home Office Address N/A

A (Seller may keep part of these amounts)
At Cost of Optional Credit Insurance Paid to Insurance
Company or Companies
   Life       $ N/A
   Disability $ N/A   $ N/A
B Vendor's Single Interest Insurance
   Paid to Insurance Company     $ N/A
C Other Optional Insurance Paid to Insurance Company or Companies $ N/A
D Official Fees Paid to Government Agencies $ N/A
E Government Taxes Not Included in Cash Price $ 1767.48
F Government License and/or Registration Fees TEMP TAG$20
  LIC$112/E-FTI.ING$20/LIEN$20/TIRE$4   $ 176.00
G Government Certificate of Title Fees
  (includes $ N/A security interest recording fee) $ 26.00
H Optional Gap Contract $ 995.00
I Other Charges (Seller must identify who is paid and
  describe purpose)
  to N/A     for Prior Credit or Lease Balance $ N/A
  to FIDELITY WARRANTY for SERVICE CONTRACT $ 3262.00
  to CARCARE    for FIDELITY $ 1404.00
  to N/A     for N/A $ N/A
  to N/A     for N/A $ N/A
  to N/A     for N/A $ N/A
  to N/A     for N/A $ N/A
  to N/A     for N/A $ N/A
  to N/A     for N/A $ N/A
  Total Other Charges and Amounts Paid to Others on Your Behalf $ 7632.48 (4)
5 Amount Financed (3+4) $ 35599.48 (5)

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance) If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this Insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before N/A Year N/A SELLER'S INITIALS N/A

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X_____ Co-Buyer Signs X_____

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract, along with all other documents signed by you in connection with the purchase of this vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and the addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs X_____ Co-Buyer Signs X_____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X_____ Date 10/28/20 Co-Buyer Signs X_____ Date 10/28/20

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

---

N/A
Home Office Address N/A
N/A
Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A       N/A
Buyer Signature       Date
X N/A       N/A
Co-Buyer Signature       Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge: You agree to pay a charge of $ 15.00 if any check you give us is dishonored on the second presentment.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 84 Mos.
JM&A GROUP
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X_____

OURISMAN HONDA OF LAUREL
3371 FT. MEADE ROAD
LAUREL MD 20724
(301)498-7400

DATE        09/19/20
STOCK NO. L0029154
DEAL NO.    108673





**STATE OF MARYLAND**
**VEHICLE SALES CONTRACT**

| | | |
|---|---|---|
| BUYERS FULL NAME | ALISA ANN HEAD    MIDDLE    LAST | 09/21/70 |
| CO-BUYERS FIRST FULL NAME | MIDDLE    LAST | D.O.B. |
| STREET | 4600 MARTIN LUTHER KING JR A WASHINGTON    STATE DC    ZIP 20032 | COUNTY |
| BUYERS PHONE HOME ((202)568-2916 DAY ((202)568-2916 CELL ( ) | | LIC NO. 3308440    STATE |
| CO-BUYERS PHONE HOME ( )    DAY ( )    CELL ( ) | | LIC. NO.    STATE |
| INSURANCE CO. | AGENT'S | |
| POLICY NO. | PHONE NO.    ADDRESS | |
| EFFECTIVE DATE | AGENT OR BROKER | |

PLEASE ENTER MY ORDER FOR ONE  ☒ NEW  ☐ USED  ☐ DEMONSTRATOR  ☐ SHORT TERM RENTAL

| MAKE HONDA | MODEL CR-V | COLOR MODERN STEEL | TYPE 4DR AWD EX | YEAR 2020 |
|---|---|---|---|---|
| SERIAL NUMBER SJ6RW2H57LL029154 | | STOCK NUMBER GEN PACIFIC | | |

| | | |
|---|---|---|
| BASE PRICE OF VEHICLE (FOR NEW VEHICLES, INCLUDING ADDITIONAL MANUFACTURER ITEMS AS SHOWN ON WINDOW LABEL) | | 091.00 |
| DEALER INSTALLED ITEMS AND CHARGES: | FREIGHT CHARGE (INCLUDED IN MSRP) | |
| LO JACK    895.00 | | |
| | DEALER PROCESSING CHARGE (NOT REQUIRED BY LAW) | 500 00 |
| | TIRE RECYCLING FEE | N/A |
| | TOTAL | 891.00 |
| | 6.00% TAX | 5 70 |
| TITLE FEES    N    SECURITY INTEREST    N/A    REGISTRATION FEES    N/A    TEMPORARY TAGS    N/A | TOTAL TITLE FEES | N/A |
| | ELECTRONIC REGISTRATION FEE | N/A |
| | TOTAL CASH DELIVERED PRICE | 94 70 |
| | SERVICE CONTRACT | 125 .00 |
| | TOTAL PURCHASE PRICE | 220 .70 |

| | | |
|---|---|---|
| C R E D I T S | TOTAL CASH SUBMITTED WITH ORDER | N/A |
| | REBATES (RECEIPT IN LIEU OF SPECIAL FINANCING) | N/A |
| | ALLOWANCE FOR USED CAR TRADE IN AS APPRAISED | N/A |
| | LESS BALANCE OWING TO | N/A |
| | CASH TO BE PAID AT TIME OF DELIVERY | 94 70 |

| DESCRIPTION OF TRADE IN | | |
|---|---|---|
| MAKE    MODEL    TYPE    YEAR | TOTAL CREDITS | 94 70 |
| CURRENT MILEAGE    SERIAL NO. | BALANCE DUE | 125 00 |
| | COLOR | |

## AGREEMENT TO ARBITRATE DISPUTES

Purchaser(s) (also referred to as "you") and Dealer agree that if any Dispute (See paragraph (3) on the reverse) will be resolved by binding arbitration by a single arbitrator under the applicable rules of the alternative dispute resolution agency named below, with that arbitrator rendering a written decision with separate findings of fact and conclusion of law. An award by the arbitrator shall be final and binding on all parties to the proceeding. The arbitrator shall apply the substantive law of the State of Maryland and the arbitration shall take place in the county in which Dealer is located. All arbitration costs and expenses shall be borne as determined by the arbitrator. The arbitrator may not award punitive damages. You agree that class-wide arbitration of a Dispute may not be undertaken and that no claim arising from a Dispute (known or unknown) may be adjudicated in or be the basis for compensation as a result of any class action proceeding. Judgement on an award may be entered by either party in the highest local, state,



# OURISMAN HONDA OF LAUREL

3371 Ft. Meade Rd.
**LAUREL, MD 20724-2053**
Phone (301) 498-7400
Baltimore (410) 792-7595   Washington (301) 953-2196

| CUSTOMER NO. 286707 | ADVISOR MOHAMED JALLOH | 1505 | TAB NO. 3908 | INVOICE DATE 10/07/20 | INVOICE NO. HOCS72087 |
|---|---|---|---|---|---|
| CORINE PEOPLES GORE | LABOR RATE | LICENSE NO. | MILEAGE 895 | COLOR MODERN STEE | STOCK NO. 8029154 |
| 4660 MARTIN LUTHER KING JR | YEAR / MAKE / MODEL 20/HONDA/CR-V/4DR AWD EX | | | DELIVERY DATE 08/28/20 | DELIVERY MILES |
| WASHINGTON, DC 20032 | VEHICLE I.D. NO. 5 J 6 R W 2 H 5 7 L L 0 2 9 1 5 4 | | | SELLING DEALER NO. 208277 | PRODUCTION DATE |
| MSALISAAHEAD@GMAIL.COM | R.T.E. NO. | | P.O. NO. | R.O. DATE 10/07/20 | |
| RESIDENCE PHONE 202-716-5592 | BUSINESS PHONE 571-272-9300 | COMMENTS | | | MO: |

JOB# 1 CHARGES

```
LABOR
JR 1 08HOZ         DRIVEABILTIY    HOURS:      TECH(S):2197
      C/S VEHICLE WON'T START INTERMITTENTLY, WILL JUST HEAR CLICK      INTERNAL
      S.
      UNABLE TO DUPLICAT, COMPLAINT
      SCANNED SYSTEM AND NO PROBLEM FOUND
JOB# 1 TOTALS
                        JOB# 1 JOURNAL PREFIX HOCS  JOB# 1 TOTAL      0.00
JOB# 2 CHARGES
LABOR
JR 2 08HOZZMISC    DRIVEABILITY - MISC HOURS:    TECH(S):2197
      C/S VEHICLE WAS HESISTATING WHEN GOING UP A HILL WITH A LOUD      INTERNAL
      ROARING NOISE - RPM GAUGE WAS HIGH BUT VEHICLE WAS NOT MOVIN
      G.
      UNABLE TO DUPLICATE COMPLAINT.
JOB# 2 TOTALS
                        JOB# 2 JOURNAL PREFIX HOCS  JOB# 2 TOTAL      0.00
ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
      ORIGINAL ESTIMATE OF    $0.00 (+TAX)
TOTALS
```

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$    P A Y M E N T   M E T H O D S    $
$                                     $
$ CASH ( )   CHECK ( ) #............  $
$                                     $
$ VISA ( )   MASTERCARD ( )           $
$                                     $
$ AMEX ( )   OTHER ( ) .............. $
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

AT OURISMAN HONDA VW OF LAUREL, WE TAKE CARE OF THE CLIENTS
THAT TAKE CARE OF US..BE ON THE LOOK OUT FOR YOUR SURVEY
DO NOT FORGET TO GET YOUR COMPLIMENTARY CAR WASH ON EVERY
SERVICE, NO MATTER HOW SMALL OR LARGE...

CUSTOMER SIGNATURE

Limited express warranty labor and p
90 days or 4,000 miles whichever oc
first. Installed parts warranted 12 mor
or 12,000 miles whichever occurs fir

Your specific warranty may vary. Co
service advisor or owners manual for det

Manufacturer Special Policy Adjustmen
Programs
Federal law requires manufacturers to fur
the National Highway Traffic S
Administration (N.H.T.S.A) with deti
describing any defects in their vehicles. You
obtain copies of these bulletins from either
manufacturer or N.H.T.S.A. In addition, ca
consumer associations or organizations co
offer information which may be available t
fee or for free.

WHILE YOUR MOTOR VEHICLE IS ON
PREMISES OF THE AUTOMOTIVE REP
FACILITY, THE AUTOMOTIVE REPAIR F
ILITY MAY NOT BE RESPONSIBLE FOR D
AGE TO YOUR MOTOR VEHICLE UNI
CERTAIN CIRCUMSTANCES. YOU SHOI
ASK A REPRESENTATIVE OF THE AUTO
TIVE REPAIR FACILITY ABOUT THE EXTI
OF ITS RESPONSIBILITY, INCLUDING
EXTENT OF THE INSURANCE COVERAGE
THE AUTOMOTIVE REPAIR FACILITY.

"You agree that we may try to contact you in writin
email, or by using prerecorded/artificial voice r
sages, text messages and automatic telephone di
systems, as the law allows. You also agree that we
try to contact you in those and other ways ev
address or telephone number you provide us, ev
the telephone number is a cell phone number or
contact results in a charge to you."

* = Non OEM Part

R/REM/RM = Remanufactured Pa

No claims or adjustments with
this receipt.

Labor charges are computed by
rate measure and are based
industry accepted sources. Repa
charged for were needed and p
formed. This vehicle has been tes
and in my opinion the work was p
formed satisfactorily.

X _____

PAGE 1 OF 1        CUSTOMER COPY        [ END OF INVOICE ]   02:35pm



# OURISMAN HONDA OF LAUREL

3371 Ft. Meade Rd.
**LAUREL, MD 20724-2053**
Phone (301) 498-7400
Baltimore (410) 792-7595   Washington (301) 953-2196

| CUSTOMER NO. 286707 | | ADVISOR MARVIN YOON | | | TAG NO. 456 | INVOICE DATE 11/25/20 | INVOICE NO. HOCS723887 |
|---|---|---|---|---|---|---|---|
| CORINE PEOPLES CORE | | LABOR RATE | LICENSE NO: 0643 | | MILEAGE 1,423 | COLOR MODERN STEE | STOCK NO. 8029154 |
| 4660 MARTIN LUTHER KING JR WASHINGTON, DC 20032 | | YEAR / MAKE / MODEL 20/HONDA/CR-V/4DR AWD EX | | | | DELIVERY DATE 08/28/20 | DELIVERY MILES |
| MSALISAAHEAD@GMAIL.COM | | VEHICLE I.D. NO. 5 J 6 R W 2 H 5 7 L L 0 2 9 1 5 4 | | | | SELLING DEALER NO. 208277 | PRODUCTION DATE |
| RESIDENCE PHONE 202-716-5592 | BUSINESS PHONE 571-272-9300 | R.T.E. NO. | | P.O. NO. | | R.O. DATE 11/14/20 | |
| | | COMMENTS | | | | | |

MO: 142

JOB# 1 CHARGES

LABOR
JH 1 01H02          MISCELLANEOUS          HOURS:          TECH(S):2197
    C/S AFTER VEHICLE HAS BEEN DRIVEN AND COMES TO A STOP VEHICL          INTERNAL
    E SPUTTERS LIKE IT WILL TURN OFF.
    ALSO STATES VEHICLE WOULDNT START THIS MORNING, HAD TO
    HAIT 5-10 MINUTES FOR HVEHICLE TO START.
    ALSO STATES VEHICLE SOUNDS LIKE IT IS LOW ON OIL
    TEST DROVE MULTIPLE TIMES AND SCANNED VEHICLE OVER A WEEK
    AND NO MALFUNCTIONS FOUND
    NO CORRECTIONS AT THIS TIME
JOB# 1 TOTALS

JOB# 1 JOURNAL PREFIX HOCS JOB# 1 TOTAL          0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
    ORIGINAL ESTIMATE OF    $0.00 (+TAX)
TOTALS

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$    P A Y M E N T   M E T H O D S    $
$                                     $        TOTAL LABOR...    0.00
$ CASH ( )   CHECK ( ) #...........   $        TOTAL PARTS...    0.00
$                                     $        TOTAL SUBLET...   0.00
$ VISA ( )   MASTERCARD ( )           $        TOTAL G.O.G...    0.00
$                                     $        TOTAL MISC CHG.   0.00
$ AMEX ( )   OTHER ( )..............  $        TOTAL MISC DISC   0.00
$                                     $        TOTAL TAX.....    0.00
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$        -----
                                               **TOTAL INVOICE $    0.00**

AT OURISMAN HONDA VW OF LAUREL WE TAKE CARE OF THE CLIENTS
THAT TAKE CARE OF US. BE ON THE LOOK OUT FOR YOUR SURVEY
DO NOT FORGET TO GET YOUR COMPLIMENTARY CAR WASH ON EVERY
SERVICE, NO MATTER HOW SMALL OR LARGE...

CUSTOMER SIGNATURE

Limited express warranty labor and parts 90 days or 4,000 miles whichever occurs first. Installed parts warranted 12 months or 12,000 miles whichever occurs first.

Your specific warranty may vary. Consult service advisor or owners manual for details.

Manufacturer Special Policy Adjustment Programs
Federal law requires manufacturers to furnish the National Highway Traffic Safety Administration (N.H.T.B.A.) with bulletins describing any defects in their vehicles. You may obtain copies of these bulletins from either the manufacturer or N.H.T.S.A. In addition, certain consumers publications or organizations publish this information, which may be available for a fee or for free.

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, THE AUTOMOTIVE REPAIR FACILITY MAY NOT BE RESPONSIBLE FOR DAMAGE TO YOUR MOTOR VEHICLE. UNDER CERTAIN CIRCUMSTANCES, YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

"You agree that we may try to contact you in writing, by email, or by using prerecorded/artificial voice messages, text messages and automatic telephone dialing systems, at the number(s) you have given us. These agreed that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you."

* = Non OEM Part

R/REM/RM = Remanufactured Part

No claims or adjustments without this receipt.

Labor charges are computed by flat rate measure and are based on industry accepted sources. Repairs charged for were needed and performed. This vehicle has been tested and in my opinion the work was performed satisfactorily.

X _____

The Reynolds and Reynolds Company   BAUUTIVE   DDM4775 O (0903)



# OURISMAN HONDA OF LAUREL
3371 Ft. Meade Rd.
**LAUREL, MD 20724-2053**
Phone (301) 498-7400
Baltimore (410) 792-7595   Washington (301) 953-2196

| CUSTOMER NO. | | ADVISOR | | TAG NO. | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 286707 | | JASON MAKPEWO | 0918 | 778 | | 01/08/21 | | HOCS726344 |

CELL: 202-568-291

CORINE PEOPLES GORE
4660 MARTIN LUTHER KING JR
WASHINGTON, DC 20032

| LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | | STOCK NO. |
|---|---|---|---|---|---|---|
| | | 1,683 | MODERN STEE | | 8020154 |

| YEAR / MAKE / MODEL | | DELIVERY DATE | | DELIVERY MILES |
|---|---|---|---|---|
| 20/HONDA/CR-V/4DR AWD EX | | 08/28/20 | | 9 |

MSALISAAHEAD@GMAIL.COM

| VEHICLE I.D. NO. | | BILLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|
| 5 J 6 R W 2 H 5 7 L L 0 2 9 1 5 4 | | 208277 | |

| F.T.E. NO. | | P.O. NO. | R.O. DATE |
|---|---|---|---|
| | | | 12/19/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 202-716-5592 | 571-272-9300 | |

JOB# 1 CHARGES

MO: 1683

LABOR
J# 1 01HDZ                MISCELLANEOUS    HOURS:  0.20 TECH(S):0273
CUSTOMER STATES THE SAME ISSUE AS BEFORE KEEPS OCCURING.
VEHICLE WILL NOT START AND WHILE DRIVING THE VEHICLE
SPUTTERS

WARRANTY

PARTS----QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE---
        1   72147-TLA-A02          FOB ASS

                                        TOTAL - PARTS     WARRANTY
                                                          0.00

JOB# 1 TOTALS-----------------------------------------------------

JOB# 2 CHARGES-------------    JOB# 1 JOURNAL PREFIX  HOCS  JOB# 1 TOTAL    0.00

LABOR
J# 2 01HOZZ01          ADD CUSTOMER CONCERN HOURS:       TECH(S):0273
CUSTOMER STATES RADIO BLANKED OUT WHILE DRIVING. HAPPENED
TWICE
COULD NOT DUPLICATE...CHECKED FOR UPDATES...NONE FOUND
CHECKED FOR ANY CODES ... NONE FOUND

INTERNAL

JOB# 2 TOTALS-----------------------------------------------------

                    JOB# 2 JOURNAL PREFIX  HOCS  JOB# 2 TOTAL    0.00

ESTIMATE--------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF        $0.00 (+TAX)
COMMENTS------------------------------------------
DELETED OPERATION(S)-----------------------------
OOHOZZKEY       CUT KEY/PRGRM REMOTE

Limited express warranty labor and parts 90 days or 4,000 miles whichever occurs first. Installed parts warranted 12 months or 12,000 miles whichever occurs first.

Your specific warranty may vary. Consult service advisor or owners manual for details.

Manufacturer Special Policy Adjustment Programs
Federal law requires manufacturers to furnish the National Highway Traffic Safety Administration (N.H.T.S.A.) with bulletins describing any defects in their vehicles. You may obtain copies of these bulletins from either the manufacturer or N.H.T.S.A. In addition, certain consumer publications or organizations publish this information, which may be available for a fee or for free.

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, THE AUTOMOTIVE REPAIR FACILITY MAY NOT BE RESPONSIBLE FOR DAMAGE TO YOUR MOTOR VEHICLE UNDER CERTAIN CIRCUMSTANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

*You agree that we may try to contact you in writing, by email, or by using prerecorded/artificial voice messages, text messages and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.*

* = Non OEM Part

R/REM/RM = Remanufactured Part

No claims or adjustments without this receipt.

Labor charges are computed by flat rate measure and are based on industry accepted sources. Repairs charged for were needed and performed. This vehicle has been tested and in my opinion the work was performed satisfactorily.

X _____



# OURISMAN HONDA OF LAUREL

3371 Ft. Meade Rd.
**LAUREL, MD 20724-2053**
Phone (301) 498-7400
Baltimore (410) 792-7595   Washington (301) 953-2196

CELL: 202-568-291_

| CUSTOMER NO. 286707 | ADVISOR JASON MAKPEWO 0918 | TAG NO. 778 | INVOICE DATE 01/08/21 | INVOICE NO. HOCS726344 |
| | LABOR RATE | LICENSE NO. | MILEAGE 1,683 | COLOR MODERN STEE | STOCK NO. 8029154 |
| CORINE PEOPLES GORE | YEAR / MAKE / MODEL 20/HONDA/CR-V/4DR AWD EX | | DELIVERY DATE 08/28/20 | DELIVERY MILES 9 |
| 4660 MARTIN LUTHER KING JR | VEHICLE I.D. NO. 5 J 6 R W 2 H 5 7 L L 0 2 9 1 5 4 | | SELLING DEALER NO. 208277 | PRODUCTION DATE |
| WASHINGTON, DC 20032 | F.T.E. NO. | R.O. NO. | R.O. DATE 12/19/20 | |
| MSALISAAHEAD@GMAIL.COM | | | | |
| RESIDENCE PHONE 202-716-5592 | BUSINESS PHONE 571-272-9300 | COMMENTS | | MO: 1683 |

TOTALS--------------------------------------------------------------

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$          P A Y M E N T   M E T H O D S          $
$                                                 $
$ CASH ( )    CHECK ( ) #............             $
$                                                 $
$ VISA ( )    MASTERCARD ( )                      $
$                                                 $
$ AMEX ( )    OTHER ( ) ..............            $
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $          0.00**

AT OURISMAN HONDA VW OF LAUREL WE TAKE CARE OF THE CLIENTS
THAT TAKE CARE OF US..BE ON THE LOOK OUT FOR YOUR SURVEY
DO NOT FORGET TO GET YOUR COMPLIMENTARY CAR WASH ON EVERY
SERVICE, NO MATTER HOW SMALL OR LARGE...

_____ CUSTOMER SIGNATURE

---

Limited express warranty labor and parts 90 days or 4,000 miles whichever occurs first. Installed parts warranted 12 months or 12,000 miles whichever occurs first.

Your specific warranty may vary. Consult service advisor or owners manual for details.

Manufacturer Special Policy Adjustment Programs.
Federal law requires manufacturers to furnish the National Highway Traffic Safety Administration (N.H.T.S.A.) with bulletins describing any defects in their vehicles. You may obtain copies of these bulletins from either the manufacturer or N.H.T.S.A. In addition, certain consumer publications or organizations publish this information, which may be available for a fee or for free.

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, THE AUTOMOTIVE REPAIR FACILITY MAY NOT BE RESPONSIBLE FOR DAMAGE TO YOUR MOTOR VEHICLE UNDER CERTAIN CIRCUMSTANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

"You agree that we may try to contact you in writing, by email, or by using prerecorded/artificial voice messages, text messages and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you."

\* = Non OEM Part

R/REM/RM = Remanufactured Part

No claims or adjustments without this receipt.

Labor charges are computed by flat rate measure and are based on industry accepted sources. Repairs charged for were needed and performed. This vehicle has been tested and in my opinion the work was performed satisfactorily.

X _____

The Reynolds and Reynolds Company  SPAINTWC  OC640775 Q (3/05)

BF071175 Q (01/00)



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

ALISA HEAD et al
    Vs.                        C.A. No.     2021 CA 001587 B
AMERICAN HONDA MOTOR CO., INC

### INITIAL ORDER AND ADDENDUM

### Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge HEIDI M PASICHOW
Date:     May 13, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, August 20, 2021
Location:  Courtroom 516
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

                        CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,   "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.   Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

### Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

Option1: **(AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

Option 2: **(LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

Option 3: **(LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



Option 4: **(Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60