IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALISA HEAD, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 21-1666 (BAH) |
| | * | Chief Judge Beryl A. Howell |
| AMERICAN HONDA MOTOR CO., INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

In accordance with Federal Rule 41, the parties hereby stipulate to the dismissal of all of the claims asserted against the Defendant in this case, with prejudice, and request that this Court enter the proposed Order of Dismissal. Each party is to bear its own costs.

_____
Amy Lynn Bennecoff Ginsburg, Esquire
W. Christopher Componovo, Esquire
Kimmel & Silverman, P.C.
501 Silverside Road Suite 118
Wilmington, DE 19801
WComponovo@lemonlaw.com
aginsburg@creditlaw.com

*Attorneys for Plaintiffs*

_____
Anthony M. Conti (DC Bar No. 479152)
Lindsey Ann Thomas, *Pro Hac Vice*
Conti Fenn LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Phone (410) 837-6999
Facsimile (410) 510-1647
tony@contifenn.com
lindseyann@contifenn.com

*Attorney for American Honda Motor Co., Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2021, a copy of the foregoing Stipulation of Dismissal and Proposed Order was served via the Court's Electronic Filing System to all counsel of record.

_____
Lindsey Ann Thomas, *Pro Hac Vice*